# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | TRANT MANOR, LLC |
| **Case Number:** | 10-13663-MM11    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, DECEMBER 10, 2010 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | COLLETTA BROOKS |

### Matter:

STATUS CONFERENCE ON CHAPTER 11 PETITION (fr. 10/21/10)

### Appearances:

ALAN VANDERHOFF, ATTORNEY FOR TRANT MANOR, LLC
MATTHEW WALKER, ATTORNEY FOR CITY NATIONAL BANK
HAIJI HONG, ATTORNEY FOR U.S. TRUSTEE
DAN SCHOLZ, ATTORNEY FOR ERICKSON-HALL CONSTRUCTION COMPANY

### Disposition:

Continued to 2/3/11 @ 10:00 AM, Department 1.